In the Matter of JOSEPH A. NAPOLITANO, Petitioner, v. MICHAEL J. MURPHY, as Commissioner of the Police Department of the City of New York, Respondent.

Christ, Acting P. J., Rabin, Benjamin, Munder and Nolan, JJ., concur.